**CHAMPION SPARK PLUG CO., a corporation, Plaintiff-Appellee, v. Peter SANDERS, Defendant, and Samuel Sanders & Harry Sanders, doing business as The Perfect Recondition Spark Plug Company, Defendants-Appellants.**

No. 267, Docket 22645.

United States Court of Appeals
Second Circuit.

Argued May 6, 1953.

Decided May 6, 1953.

Elliott L. Biskind, New York City, for defendants-appellants.

Ward, Crosby & Neal, New York City (Wilber Owen and Carl F. Schaffer, Toledo, Ohio, of counsel), for plaintiff-appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order and judgment affirmed in open court.